

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2020

No. 04-19-00880-CV

**EW WELLS GROUP, LLC.,**
Appellant

v.

**FONG SINN CONSTRUCTION, LLC.,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI11489
Honorable Laura Salinas, Judge Presiding

## O R D E R

On December 19, 2019, appellant filed in this court and the trial court a "Notice of Accelerated Appeal" from a default judgment dated October 21, 2019. On January 7, 2019, because it appeared that appellant's notice of appeal was untimely filed, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. On January 9, 2019, appellant responded to our order and filed an amended notice of appeal stating this is a restricted, not accelerated, appeal. Because appellant's notice of restricted appeal was timely filed within six months of the judgment appealed from, we have jurisdiction to hear this appeal. Accordingly, it is ORDERED that appellant's brief is due no later than thirty (30) days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court